LAW OFFICES OF
# VINCENT S. WONG
*Attorneys at Law*

**Please Respond To:**
☑ 39 East Broadway, Suite 306
   New York, NY 10002
☐ 6008 8th Avenue, 2nd floor
   Brooklyn, NY 11220

Phone: 212.349.6099
Phone: 212.349.6999
Fax: 212.349.6599
♦♦♦
vswlaw@gmail.com
www.vswlaw.com

March 23, 2022

**VIA ECF**
Hon. Katharine H. Parker
Daniel Patrick Moynihan Courthouse
500 Pearl St., Courtroom 17D
Courtroom Deputy
(212) 805-0234/0235

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/24/2022

**MEMO ENDORSED**

RE:   Ji v. New Shanghai Deluxe Corp et al
      Case Number: 1:21-cv-11169
      **Request to Adjourn Initial Conference**

Dear Judge Parker:

My office is counsel for the Plaintiff in the above captioned matter. I write this letter to request an adjournment of the initial status conference, currently scheduled for March 30, 2022 @10:30am.

Plaintiff has served the Defendants but their time to appear and answer currently expires on April 8, 2022. As such we respectfully request that the initial conference be rescheduled toa date after April 8, 2022.

This is the first request for an adjournment in this matter. No other party has appeared at this time, so there are no objections to this request.

For the foregoing reasons, we respectfully request that your honor adjourn the initial conference to allow Plaintiff's to complete serving all the Defendants and for Defendants to answer.

**APPLICATION GRANTED:** The Initial Case Management Conference scheduled for Wednesday, March 30, 2022 at 10:30 AM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Katharine H. Parker is hereby rescheduled to Wednesday, April 27, 2022 at 10:15 a.m. The Plaintiff is directed to serve a copy of this endorsement on Defendants.

APPLICATION GRANTED
*/s/ Katharine H. Parker*
Hon. Katharine H. Parker, U.S.M.J.
03/24/2022

Law Offices of Vincent S. Wong

/s/ Vincent S. Wong
Vincent S. Wong, Esq. (VW9016)
Law Offices of Vincent S. Wong
39 East Broadway, Suite 306
New York, NY 10002
P: (212) 349-6099
F: (212) 349-6599