USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/25/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

AIPING JI,

                        Plaintiff,

-against-

NEW SHANGHAI DELUXE CORP, YU LIN ZHU MEI FANG WU, RONG YANG ZHU, YEAH SHANGHAI DELUXE INC WEI CHEN YU JUN ZHU, AND RONG BING ZHU,

                        Defendants.

------------------------------------------------------------------X

21-CV-11169 (PGG) (KHP)

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of the motion for entry of default filed by Plaintiff on April 22, 2022 (ECF No. 14), the initial case management conference scheduled for April 27, 2022 is hereby adjourned *sine die*.

**Plaintiff is directed to serve this order on the Defendants.**

SO ORDERED.

DATED:  New York, New York
April 25, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge