UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AIPING JI,

              Plaintiff,

-against-

NEW SHANGHAI DELUXE CORP., YU LIN ZHU, MEI FANG WU, RONG YANG ZHU, YEAH SHANGHAI DELUXE INC., WEI CHEN, YU JUN ZHU, and RONG BING ZHU,

              Defendants.

**ORDER**

21 Civ. 11169 (PGG) (KHP)

---

PAUL G. GARDEPHE, U.S.D.J.:

      The Complaint in this Fair Labor Standards Act case was filed on December 30, 2021. (Cmplt. (Dkt. No. 1)) On January 3, 2022, this case was referred to Magistrate Judge Katharine H. Parker for general pretrial supervision. (Dkt. No. 6) Defendants Mei Fang Wu, Rong Yang Zhu, Yu Lin Zhu, and Yu Jun Zhu were served on March 17, 2022. (Exctd. Smns. (Dkt. Nos. 9–10)) Defendants Rong Bing Zhu, New Shanghai Deluxe Corp., and Yeah Shanghai Deluxe Inc. were served on March 18, 2022. (Exctd. Smns. (Dkt. Nos. 8, 11)) To date, no answers have been filed and no appearances have been entered for Defendants.

      Accordingly, Plaintiff will move for a default judgment against Defendants Mei Fang Wu, Rong Yang Zhu, Yu Lin Zhu, Yu Jun Zhu, Rong Bing Zhu, New Shanghai Deluxe Corp., and Yeah Shanghai Deluxe Inc. by **December 22, 2022**, in accordance with this Court's individual rules. If Plaintiff does not move for a default judgment by December 22, 2022, this case will be dismissed for failure to prosecute.

Dated: New York, New York
       December 13, 2022

SO ORDERED.

*Paul G. Gardephe*
Paul G. Gardephe
United States District Judge