```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/13/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AIPING JI,

                            Plaintiff,

-v.-

NEW SHANGHAI DELUXE CORP., YU LIN ZHU, MEI FANG WU, RONG YANG ZHU, YEAH SHANGHAI DELUXE INC., WEI CHEN, YU JUN ZHU, and RONG BING ZHU,

                            Defendants.

21 Civ. 11169 (JHR)

SCHEDULING ORDER

JENNIFER H. REARDEN, District Judge:

      The motions filed by Defendants Mei Fang Wu, Rong Yang Zhu, Yu Lin Zhu, and Yu Jun Zhu to extend the deadline to oppose Plaintiff's motion by order to show cause for a default judgment (ECF Nos. 31, 33, 35, and 37) are GRANTED.  By **May 11, 2023**, these Defendants shall file opposition(s) to Plaintiff's motion for default judgment (*see* ECF Nos. 21-25).  By **May 18, 2023**, Plaintiff shall reply.

      IT IS HEREBY ORDERED that the hearing on Plaintiff's order to show cause for a default judgment, previously scheduled for **April 20, 2023,** at **11:30 A.M.**, is RESCHEDULED for **May 30, 2023,** at **11:30 A.M.**, in Courtroom 12B, 500 Pearl Street, New York, NY 10007.  The parties shall meet and confer regarding the retention of any interpreter(s) for the hearing.  If an interpreter is needed, the parties may contact the Southern District of New York's Interpreters Office at 212-805-0084.  By **three business days** prior to the hearing, the parties shall email ReardenNYSDChambers@nysd.uscourts.gov with contact information for any interpreter who will be present at the hearing.

IT IS FURTHER ORDERED that, by **April 18, 2023**, Plaintiff serve Defendants via overnight courier with a copy of this Order.  Within **two business days of service**, Plaintiff must file proof of such service on the docket.

The Clerk of Court is directed to terminate ECF Nos. 31, 33, 35, and 37.

SO ORDERED.

Dated: April 13, 2023
New York, New York

_____
JENNIFER H. REARDEN
United States District Judge