UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AIPING JI,<br><br>      Plaintiff,<br><br>    -v.-<br><br>NEW SHANGHAI DELUXE CORP., YU LIN ZHU, MEI FANG WU, RONG YANG ZHU, YEAH SHANGHAI DELUXE INC., WEI CHEN, YU JUN ZHU, and RONG BING ZHU,<br><br>      Defendants. | 21 Civ. 11169 (JHR)<br><br><u>SCHEDULING ORDER</u> |

JENNIFER H. REARDEN, District Judge:

  On April 13, 2023, the Court granted Defendants Mei Fang Wu, Rong Yang Zhu, Yu Lin Zhu, and Yu Jun Zhu's motions to extend the April 11, 2023 deadline to oppose Plaintiff's motion for a default judgment. ECF No. 39. The Court ordered Defendants to file, by May 11, 2023, opposition(s) to Plaintiff's motion. *Id.* The Court also rescheduled the hearing on Plaintiff's motion from April 20, 2023 to May 30, 2023, at 11:30 a.m. *Id.*

  As of today, Defendants have not responded to Plaintiff's motion. Accordingly, the default judgment hearing previously scheduled for May 30, 2023, at 11:30 a.m. is ADJOURNED *sine die*. By **June 5, 2023**, should Defendants fail to demonstrate good cause for their failure to comply with the Court's Order, the Court will treat Plaintiff's motion as unopposed and will reschedule the default judgment hearing. If Defendants still wish to oppose Plaintiff's motion, they shall file any opposition(s) by June 5.

  By **May 26, 2023**, Plaintiff shall serve Defendants via overnight courier with a copy of this Order. By **May 31, 2023**, Plaintiff must file proof of such service on the docket.

SO ORDERED.

Dated: May 24, 2023
       New York, New York

_____
JENNIFER H. REARDEN
United States District Judge